```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 07 B 07053
   GREGORY C TOSON
                                               CHAPTER 13

                                               JUDGE: JACK B SCHMETTERER

            Debtor
   SSN XXX-XX-2721


------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      The case was filed on 04/19/2007 and was not confirmed.

      The case was dismissed without confirmation 07/25/2007.
------------------------------------------------------------------------------
CREDITOR NAME               CLASS          CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                             PAID         PAID
------------------------------------------------------------------------------

AFNI INC                    UNSECURED      NOT FILED           .00         .00
ALLIED INTERSTATE           UNSECURED      NOT FILED           .00         .00
AMSHER COLL                 UNSECURED      NOT FILED           .00         .00
CAPITAL ONE                 UNSECURED         778.16           .00         .00
CAPITAL ONE                 UNSECURED         298.72           .00         .00
CITY OF CHICAGO PARKING     UNSECURED        9605.00           .00         .00
COGENT FINANCIAL GROUP      UNSECURED        4536.93           .00         .00
COLLECTION COMPANY OF AM    UNSECURED      NOT FILED           .00         .00
CREDIT ONE BANK             UNSECURED      NOT FILED           .00         .00
FEDERAL BOND & COLLECTIO    UNSECURED      NOT FILED           .00         .00
HARVARD COLLECTION SERVI    UNSECURED      NOT FILED           .00         .00
COLUMBUS BANK & TRUST       UNSECURED      NOT FILED           .00         .00
TRS CIGPF1CORP              UNSECURED      NOT FILED           .00         .00
US DEPT OF EDUCATION        UNSECURED        4353.85           .00         .00
PROVIDIAN                   UNSECURED        3799.29           .00         .00
SPRINT-NEXTEL CORP          UNSECURED        1060.29           .00         .00
DAMITA BUFFINGTON & ASSO    DEBTOR ATTY     1,684.00                       .00
TOM VAUGHN                  TRUSTEE                                        .00
DEBTOR REFUND               REFUND                                         .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                            .00
SECURED                                             .00
UNSECURED                                           .00
ADMINISTRATIVE                                      .00
TRUSTEE COMPENSATION                                .00
DEBTOR REFUND                                       .00
                         --------------    --------------
TOTALS                        .00                   .00


                   PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 07053 GREGORY C TOSON
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 10/22/07                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```